**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**EDDIE MAE SPRINGFIELD**                                                  **PLAINTIFF**

**V.**                                 **CAUSE NO. 4:18CV00234-SA-JMV**

**GREENVILLE PUBLIC SCHOOL DISTRICT**                            **DEFENDANT**

## **ORDER**

This case was inadvertently closed by Order [32] dated June 19, 2019, but reopened by Order [34] dated July 2, 2019. Accordingly, the undersigned finds that for the sake of clarity, it should be, and hereby is, ORDERED that the provisions and deadlines contained in the April 22, 2019, CMO [17] are reactivated.

This, the 7th day of August, 2019.

                                                   /s/ Jane M. Virden
                                                   U.S. MAGISTRATE JUDGE